IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

JANE DOE

CASE NO.:

Plaintiff,

v.

RKR RESTAURANTS FL, LLC
D/B/A WENDY'S RESTAURANT

Defendant.
_____/

## COMPLAINT

Plaintiff JANE DOE by and through the undersigned counsel, files her Complaint against Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT ("RESTAURANT") for violation of the Florida Civil Rights Act, Fla. Stat. §760.01, et. seg. ("FCRA"), Title VII of The Civil Rights Act Of 1964, 42 U.S.C. § 2000e et seq. Negligent Hiring and Supervision, Respondent Superior (Vicarious Liability), Intentional Infliction of Emotional Distress, Negligence, and False Imprisonment, and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for damages exceeding Fifty Thousand Dollars ($50,000.00), exclusive of interest, attorney's fees, and costs.

2. This Court has jurisdiction over this controversy because at all times material to the allegations in this Complaint, the acts and omissions giving rise to this action occurred in this Court's jurisdiction.

3. Plaintiff, JANE DOE is sui juris and is a resident of this Court's jurisdiction.

4. Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT is a corporation organized and existing under the laws of the State of Florida and doing business in Broward County, Florida.

5. At all material times hereto, Defendant RESTAURANT employed JANE DOE at Wendy's Restaurant located at 1840 East Atlantic Blvd., Pompano Beach, FL 33069.

6. At all material times, Defendant contracted for the performance of fast-food chain-related tasks, and Defendant retained sufficient control over the terms and conditions of employment of JANE DOE.

## CONDITIONS PRECEDENT

7. Plaintiff JANE DOE has fulfilled all conditions precedent to the institution of this lawsuit and/or such conditions have been waived.

8. JANE DOE timely filed a Charge of Discrimination with the EEOC and FCHR on August 28, 2024, and was issued a Right to Sue letter.

## FACTUAL ALLEGATIONS

9. JANE DOE, a black female of Haitian descent, was employed at Wendy's Restaurant located at 1840 East Atlantic Blvd., Pompano Beach, FL 33069.

10. The Wendy's Restaurant is a fast-food chain owned and operated by RKR Restaurants FL, LLC.

11. Defendant RESTAURANT employed Tresel Marquese Huffman as a shift manager, while Craig Williams was the Store Manager of the Wendy's Restaurant where JANE DOE was also employed.

12. Prior to January 14, 2024, Huffman, the shift manager had repeatedly asked JANE DOE to go on dates and to be his girlfriend, and JANE DOE consistently rebuffed his advances.

13. The Store Manager Craig Williams was aware of Huffman's inappropriate attempts to pursue a romantic relationship with JANE DOE.

14. On January 14, 2024, at approximately 6:00 AM, while JANE DOE was preparing the store for the day's operation, Huffman followed her into the cooler.

15. Before entering the cooler, Huffman blocked the security camera to prevent the incident from being recorded.

16. Once inside the cooler, Huffman initiated a series of aggressive and unwanted actions that constitute sexual assault on JANE DOE.

17. During the assault, Huffman grabbed JANE DOE' buttocks, pushed her towards the freezer door, and pressed her neck with his hand.

18. Huffman then fondled himself and attempted to undress both himself and JANE DOE.

19. When JANE DOE resisted, Huffman attempted to strangle her with his arm.

20. As a result of this incident, Huffman was arrested and charged. The criminal case is State of Florida v. HUFFMAN, TRESEL MARQUESE, Case #24000509CF10A.

21. At all material times the RESTAURANT's shift managers, including Huffman, were agents of Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT.

22. At all material times the RESTAURANT's shift managers, including Huffman, were employees of Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT.

23. Throughout her employment, JANE DOE was subjected to a hostile work environment and sexual harassment based on her sex.

## ATTORNEY'S FEES

24. Plaintiff JANE DOE has retained the undersigned counsel and agreed to pay reasonable attorney's fees.

**COUNT I: SEX DISCRIMINATION - IN VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT OF 1992**

25. JANE DOE repeats and realleges the allegations set forth in paragraphs 1 through 24 as if fully set forth herein

26. This action is brought pursuant to the Florida Civil Rights Act of 1992, Florida Statutes § 760.01 et seq. ("FCRA"), which prohibits discrimination in employment based on sex.

27. JANE DOE is a female of Haitian descent and is therefore a member of a protected class.

28. Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT (hereinafter "RESTAURANT") is an employer within the meaning of the FCRA, engaging in an industry affecting commerce and employing the requisite number of employees.

29. Defendant, through its agent and employee, Shift Manager Tresel Marquese Huffman, subjected JANE DOE to discrimination based on her sex. This discrimination manifested through Huffman's repeated and unwelcome sexual advances, requests for dates, and ultimately, an attempted sexual assault, which would not have occurred but for JANE DOE's sex.

30. The RESTAURANT's actions, through its supervisory employee and agent, Huffman, and its failure to adequately address Huffman's known inappropriate conduct despite awareness by Store Manager Craig Williams, constituted a discriminatory act against JANE DOE because of her sex.

31. As a direct and proximate result of the RESTAURANT's sex discrimination, JANE DOE suffered damages, including but not limited to, emotional distress, physical harm, pain and suffering, and other pecuniary and non-pecuniary losses.

WHEREFORE, Plaintiff, JANE DOE, demands judgment in her favor against Defendant, RESTAURANT, for violation of FCRA, and seeks damages, including but not limited to compensatory damages, punitive damages upon proper motion, interest, attorney's fees pursuant to Fla. Stat §760.11, costs and any other such relief this Court deems just and equitable.

### COUNT II: HOSTILE WORK ENVIRONMENT - SEX DISCRIMINATION IN VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT OF 1992

32. JANE DOE repeats and realleges the allegations set forth in paragraphs 1 through 24 as if fully set forth herein

33. At all times material hereto, the Florida Civil Rights Act of 1992, Florida Statutes § 760.01 et seq. ("FCRA"), was in full force and effect and prohibits discrimination in employment based on sex.

34. JANE DOE is a member of a protected class, female.

35. Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT (hereinafter "RESTAURANT") is an employer within the meaning of the FCRA.

36. Throughout her employment, JANE DOE was subjected to unwelcome sexual harassment by Tresel Marquese Huffman, a shift manager and agent/employee of the RESTAURANT. This harassment included, but was not limited to, repeated requests for dates, attempts to be his girlfriend, and culminated in a violent attempted sexual assault.

37. The harassment was based on JANE DOE's sex and was not consensual.

38. The harassment was sufficiently severe or pervasive to alter the terms and conditions of JANE DOE's employment and create a hostile, intimidating, and offensive working

**Bryan Farr Health Lawyers, LLC**
1451 W. Cypress Creek Rd. Ste. 300, Fort Lauderdale, FL 33309, Ph: (954) 671-0444 Fax: (954) 361-6260

environment. The persistent unwanted advances and the attempted sexual assault, which involved physical violence and an attempt to prevent recording, are objectively and subjectively severe.

39. The RESTAURANT knew or should have known of the harassment and failed to take prompt and effective remedial action to end the harassment and prevent future harassment. Specifically, Store Manager Craig Williams was aware of Huffman's inappropriate attempts to pursue a romantic relationship with JANE DOE prior to the sexual assault, yet the RESTAURANT failed to intervene effectively.

40. As a direct and proximate result of the RESTAURANT's creation and/or tolerance of a hostile work environment, JANE DOE suffered damage, including, but not limited to, emotional distress, psychological harm, pain and suffering, and other pecuniary and non-pecuniary losses.

WHEREFORE, Plaintiff, JANE DOE, demands judgment in her favor against Defendant, RKR RESTAURANTS FL, LLC, for violation of FCRA, and seeks damages, including but not limited to compensatory damages, punitive damages upon proper motion, interest, attorney's fees pursuant to Fla. Stat §760.11, costs and any other such relief this Court deems just and equitable.

**COUNT III: SEX DISCRIMINATION - HOSTILE WORK ENVIRONMENT AND SEXUAL HARASSMENT IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. § 2000e et seq.**

41. JANE DOE repeats and realleges the allegations set forth in paragraphs 1 through 24 as if fully set forth herein

42. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., which prohibits employers from discriminating against individuals with respect to their compensation, terms, conditions, or privileges of employment,[2] because of such individual's sex.

43. Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT is an employer within the meaning of Title VII, employing fifteen (15) or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year, and is engaged in an industry affecting commerce.

44. JANE DOE is a female and, as such, is a member of a protected class under Title VII.

45. JANE DOE has satisfied all administrative prerequisites to filing this lawsuit, including timely filing a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) and receiving a Notice of Right to Sue.

46. Throughout her employment, JANE DOE was subjected to unwelcome sexual harassment by Tresel Marquese Huffman, a shift manager and an employee/agent of Defendant RESTAURANT. This harassment included, but was not limited to, repeated and unwelcome requests for dates, attempts to initiate a romantic relationship, and culminated in a violent attempted sexual assault on January 14, 2024.

47. The harassment was based on JANE DOE's sex and would not have occurred but for her being female.

48. The harassment was sufficiently severe or pervasive to alter the terms and conditions of JANE DOE's employment and create an objectively and subjectively hostile, intimidating, and offensive working environment. The persistent unwanted advances, the physical confinement in the cooler, the attempted strangulation, and the attempted sexual assault are individually and collectively severe and pervasive.

49. Defendant RESTAURANT knew or should have known of the harassment and failed to take prompt and effective remedial action. Specifically, Store Manager Craig Williams

was aware of Huffman's inappropriate conduct and attempts to pursue JANE DOE prior to the attempted sexual assault, yet the RESTAURANT failed to adequately intervene to prevent the escalation of the harassment.

50. As a direct and proximate result of Defendant RESTAURANT's unlawful sex discrimination and maintenance of a hostile work environment in violation of Title VII, JANE DOE suffered damages, including but not limited to, emotional distress, physical harm, pain and suffering, mental anguish, and other pecuniary and non-pecuniary losses.

51. WHEREFORE, Plaintiff, JANE DOE, demands judgment in her favor against Defendant, RKR RESTAURANTS FL, LLC, for violation of FCRA, and seeks damages, including but not limited to compensatory damages, punitive damages upon proper motion, interest, attorney's fees pursuant to Fla. Stat §760.11, costs and any other such relief this Court deems just and equitable.

## COUNT IV — NEGLIGENCE

25. JANE DOE repeats and realleges the allegations set forth in paragraphs 1 through 24 as if fully set forth herein.

26. Defendant RESTAURANT owed a duty to Plaintiff to provide a safe work environment free from sexual harassment and assault.

27. Defendant RESTAURANT breached this duty by failing to take reasonable steps to prevent Huffman's sexual assault of Plaintiff.

28. Defendant was aware of Huffman's inappropriate behavior towards Plaintiff, including his repeated attempts to pursue a inappropriate romantic relationship with her.

29. Despite this knowledge, Defendant failed to take appropriate action to protect Plaintiff.

30. As a direct and proximate result of Defendant's breach of duty, Plaintiff suffered physical injuries and severe emotional distress.

31. As the employer/principal responsible for the actions of its employees/agents including but not limited to Huffman, Defendant caused Plaintiff bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff will suffer losses in the future.

WHEREFORE, Plaintiff, JANE DOE, demands judgment in her favor against Defendant, RKR RESTAURANTS FL, LLC, for violation of FCRA, and seeks damages, including but not limited to compensatory damages, punitive damages upon proper motion, interest, attorney's fees pursuant to Fla. Stat §760.11, costs and any other such relief this Court deems just and equitable.

## COUNT V: NEGLIGENT HIRING AND SUPERVISION

32. JANE DOE repeats and realleges the allegations set forth in paragraphs 1 through 24 as if fully set forth herein.

33. Defendant RESTAURANT owed a duty to Plaintiff to exercise reasonable care in hiring, retaining, and supervising its employees, including Huffman.

34. Defendant RESTAURANT was aware of Huffman's inappropriate behavior towards JANE DOE, including his repeated attempts to pursue a romantic relationship with her.

35. Despite this knowledge, Defendant RESTAURANT failed to take appropriate action to prevent Huffman from harassing and assaulting JANE DOE.

36. Huffman used his position as shift manager to gain access to vulnerable female employees and to commit sexual battery against the Plaintiff.

37. Despite the complaints and reports, Defendant failed to investigate the claims that Huffman has assaulted the Plaintiff.

38. Defendant has a duty of care to Plaintiff, as well as to other female employees, to protect Plaintiff and to otherwise ensure the safety of its employees from being assaulted and battered by their employee and/or agent, including Huffman.

39. Defendant RESTAURANT breached its duty by negligently hiring Huffman when they knew, or should have known, of his propensity to sexually harass, assault, batter, and otherwise hard and injure vulnerable female employees, including Plaintiff.

40. In breach of their duty of care, Defendant RESTAURANT was also negligent in supervising Huffman and prevent the sexual assault.

41. As a direct and proximate result of Defendant's breach, Plaintiff suffered severe physical and emotional injuries.

42. Plaintiff has suffered damages as a result of Defendant's negligent hiring and supervision.

43. As the employer/principal responsible for the actions of its employees/agents including but not limited to Huffman, Defendant caused Plaintiff bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, JANE DOE, demands judgment in her favor against Defendant, RKR RESTAURANTS FL, LLC, for violation of FCRA, and seeks damages, including but not

limited to compensatory damages, punitive damages upon proper motion, interest, attorney's fees pursuant to Fla. Stat §760.11, costs and any other such relief this Court deems just and equitable.

### COUNT VI – RESPONDEAT SUPERIOR (VICARIOUS LIABILITY)

44. JANE DOE repeats and realleges the allegations set forth in paragraphs 1 through 24 as if fully set forth herein.

45. An employer-employee relationship existed between RKR Restaurants FL, LLC and Huffman.

46. At the time of the sexual assault, Huffman was employed by RKR Restaurants FL, LLC as a shift manager at the Wendy's Restaurant in Pompano Beach, Florida.

47. The sexual assault occurred during Huffman's work hours and on the premises of the Wendy's Restaurant.

48. Huffman's conduct occurred within the scope of his employment.

49. As a direct and proximate result of Huffman's actions, which occurred within the scope of his employment, Plaintiff suffered severe physical and emotional injuries.

50. As the employer/principal responsible for the actions of its employees/agents including but not limited to Huffman, Defendant caused Plaintiff bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, JANE DOE, demands judgment in her favor against Defendant, RKR RESTAURANTS FL, LLC, for violation of FCRA, and seeks damages, including but not

limited to compensatory damages, punitive damages upon proper motion, interest, attorney's fees pursuant to Fla. Stat §760.11, costs and any other such relief this Court deems just and equitable.

### COUNT VII – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

51. JANE DOE repeats and realleges the allegations set forth in paragraphs 1 through 24 as if fully set forth herein.

52. Defendant's own conduct and conduct by and through its employee/agents, including, but not limited to, Huffman, who sexually assaulted and battered the Plaintiff, was deliberate or reckless infliction of mental suffering.

53. Huffman acted intentionally and recklessly when he sexually assaulted Plaintiff.

54. Huffman's conduct in sexually assaulting Plaintiff, attempting to strangle her, and creating a hostile work environment was extreme and outrageous.

55. Huffman's actions went beyond all possible bounds of decency and were utterly intolerable in a civilized community.

56. As a direct and proximate result of Huffman's extreme and outrageous conduct, Plaintiff suffered severe emotional distress.

57. As the employer/principal responsible for the actions of its employees/agents including but not limited to Huffman, Defendant caused Plaintiff bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, JANE DOE, demands judgment in her favor against Defendant, RKR RESTAURANTS FL, LLC, for violation of FCRA, and seeks damages, including but not

limited to compensatory damages, punitive damages upon proper motion, interest, attorney's fees pursuant to Fla. Stat §760.11, costs and any other such relief this Court deems just and equitable.

### COUNT VIII: FALSE IMPRISONMENT

52. JANE DOE repeats and realleges the allegations set forth in paragraphs 1 through 24 as if fully set forth herein

52. On or about January 14, 2024, at approximately 6:00 AM, in the Wendy's Restaurant located at 1840 East Atlantic Blvd., Pompano Beach, FL 33069, Defendant Tresel Marquese Huffman, while acting as an agent and employee of Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT, intentionally confined JANE DOE.

53. Specifically, Huffman followed JANE DOE into the cooler, after blocking the security camera to prevent the incident from being recorded, thereby restricting her freedom of movement and preventing her exit from the cooler.

54. Once inside the cooler, Huffman further confined JANE DOE by pushing her towards the freezer door and pressing her neck with his hand, physically restraining her against her will.

55. JANE DOE was confined by Huffman against her will and without any lawful authority, and she had no reasonable means of escape.

56. JANE DOE was aware of her confinement at the time of the incident.

57. At all material times, Huffman was acting within the course and scope of his employment and/or as an agent of Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT, or alternatively, Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT is otherwise liable for Huffman's actions through theories such as negligent retention, negligent supervision, or ratification.

58.     As a direct and proximate result of Huffman's false imprisonment, and for which Defendant RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT is liable, JANE DOE suffered severe physical injuries, emotional distress, pain and suffering, mental anguish, and other damages, both pecuniary and non-pecuniary.

Wherefore, JANE DOE demands judgment against Defendant RKR RESTAURANTS FL, LLC for compensatory damages, including but not limited to, emotional distress, medical expenses, pain and suffering, and any other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all issues triable by jury.

In compliance with Rule 2.516 of the Florida Rules of Judicial Administration, all pleadings in this cause shall be served on the undersigned by email at althea.bryanfarr@bfhlegal.com.

Dated this 14th of July, 2025.

                                  Respectfully Submitted,

                                  **BRYAN FARR HEALTH LAWYERS, LLC**

By:     /s/ *Althea Bryan Farr*
                                  Althea Bryan Farr, Esq.
                                  Florida Bar No. 1024987
                                  Bryan Farr Health Lawyers, LLC.
                                  1451 W. Cypress Creek Blvd. Ste. 300
                                  Fort Lauderdale, FL 33309
                                  Ph : (954) 671-0444 | Fax: (954) 361-6260
                                  althea.bryanfarr@bfhlegal.com
                                  service@bfhlegal.com