UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61810-AHS

JANE DOE

    Plaintiff,

v.

RKR RESTAURANTS FL, LLC
D/B/A WENDY'S RESTAURANT

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY

Plaintiff, JANE DOE ("PLAINTIFF"), by and through the undersigned counsel, hereby files this Motion for Leave to Proceed Pseudonymously and in support state as follow:

1. Plaintiff is a young woman at the center of this action which involves claims of sexual harassment, hostile work environment, and sexual assault that occurred in the workplace.

2. The Plaintiff has initiated this lawsuit under the pseudonym "JANE DOE" to protect her identity and privacy and respectfully requests that she be known to this court as "Jane Doe" – for the limited purpose of this litigation

3. The public disclosure of the Plaintiff's true identity in connection with these traumatic and highly sensitive allegations would subject her to severe embarrassment, humiliation, and emotional distress. Plaintiff is a victim of sexual assault and requiring her to proceed under her real name would force her to relive the trauma and expose her to public scrutiny and potential harassment.

4. Furthermore, the public association of her name with these events could cause irreparable professional and personal harm. Plaintiff fears that the disclosure of her identity could make it difficult for her to secure future employment or to move forward with her life without being defined by this traumatic incident.

**Bryan Farr Health Lawyers, LLC**
1451 W. Cypress Creek Rd. Ste. 300, Fort Lauderdale, FL 33309, Ph: (954) 671-0444 Fax: (954) 361-6260

CASE NO.: 0:25-cv-61810-AHS

5. As such, Plaintiff is asking that she be allowed to proceed pseudonymously. Defendant, RKR RESTAURANTS FL, LLC D/B/A WENDY'S RESTAURANT is aware of who Plaintiff is and, to the extent it is not, her real identity can be shared in discovery or through direct conversation between counsel and kept confidential.

6. There will be no harm to Defendant or the public because, by remaining anonymous, this entire proceeding can be held in the open, without the need to keep documents and the hearing confidential, with the exception of Plaintiff's real name.

7. While the public would be barred from access, Plaintiff states that she will give Defendants her full name and identifying information subject to a protective order.

WHEREFORE, Plaintiff respectfully requests that this honorable Court, GRANT this motion and allow Plaintiff to proceed in this case pseudonymously and for a protective order limiting disclosure of their identities to counsel for Defendant.

Respectfully submitted this 1st day of December 2025.

**BRYAN FARR HEALTH LAWYERS, LLC.**

By: **/s/Althea Bryan Farr**
Althea Bryan Farr, Esq.
Florida Bar No. 1024987
1451 W. Cypress Creek Blvd. Ste. 300
Fort Lauderdale, FL 33309
Telephone: (954) 671-0444
Facsimile: (954) 361-6260
Primary email:
Althea.BryanFarr@bfhlegal.com
Secondary email:
service@bfhlegal.com
Kareen.Saloria@bfhlegal.com
***Counsel for Plaintiff Jane Doe***

CASE NO.: 0:25-cv-61810-AHS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF e-filing Portal for the United States District Court for the Southern District of Florida, which will send an automatic e-mail message to the following parties registered with the e-filing Portal system: Nicole M. Wall, Esq., Cole, Scott & Kissane, P.A., 9150 South Dadeland Boulevard, Suite 1400, Miami, Florida 33156; Nicole.Wall@csklegal.com, Counsel for Defendant.

By:  **/s/Althea Bryan Farr**
Althea Bryan Farr, Esq.
Florida Bar No. 1024987
***Counsel for Plaintiff Jane Doe***

**Bryan Farr Health Lawyers, LLC**
1451 W. Cypress Creek Rd. Ste. 300, Fort Lauderdale, FL 33309, Ph: (954) 671-0444 Fax: (954) 361-6260