UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61810-CIV-SINGHAL

JANE DOE,

     Plaintiff,

v.

RKR RESTARUANTS FL, LLC d/b/a
WENDY'S RESTAURANT

     Defendant.

_____/

## ORDER

**THIS CAUSE** has come before the parties' Joint Scheduling Report (DE [27]).  In paragraph H, the parties write, "the parties have consented to the referral of this matter to the Magistrate Judge."  ((DE [27]), ¶ H).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties should clarify whether they consent to the jurisdiction of the magistrate judge.  If the parties do consent, they should include with their filing the Consent to Proceed before a United States Magistrate Judge Form included on the Southern District of Florida website.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of January 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF